# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0356

VERSUS

WILLIE MITCHELL                                       **JULY 17, 2023**

---

In Re:     Willie Mitchell, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 09-18-0491.

---

**BEFORE:    THERIOT, WOLFE, AND GREENE, JJ.**

   **WRIT DENIED.**

                          MRT
                          EW
                          HG

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*
DEPUTY CLERK OF COURT
     FOR THE COURT